

**R.J. MONTGOMERY & ASSOC., INC.**
165 W. LIBERTY STREET - PLYMOUTH, MI 48170
(734) 459-2323 - FAX: (734) 459-2524
www.rjmauctions.com

September 3, 2010

To: Ellmann & Ellmann
308 W Huron
Ann Arbor, MI 48103
Attn: Doug Ellmann

Re: Auction Report
Partners Press
Case # 10-58093-WSD

Mr. Ellmann,

Here is the report & proceeds for the above referenced case.

| | |
|---|---|
| Auction Sales | $ 24,243.30 |
| Buyer's Premium | $ 3,295.80 |
| Amount of Check | $ 27,539.10 |

Sincerely submitted,

Richard J. Montgomery, CAI, GPPA, CES
President
R. J. Montgomery & Assoc., Inc.

RJM/jlr

AUCTIONEERS • LIQUIDATORS • APPRAISERS



**R.J. MONTGOMERY & ASSOC., INC.**
165 W. LIBERTY STREET - PLYMOUTH, MI 48170
(734) 459-2323 - FAX: (734) 459-2524
www.rjmauctions.com

September 3, 2010

To: Ellmann & Ellmann
308 W Huron
Ann Arbor, MI 48103
Attn: Doug Ellmann

Re: Expense Report
Partners Press
Case # 10-58093-WSD

| **Advertising** | | $ 3,044.74 |
|---|---|---|
| Detroit News – 8/15/10 | $ 170.43 | |
| Detroit News – 8/22/10 | $ 256.53 | |
| Detroit News – 8/29/10 | $ 152.78 | |
| Printing Marketplace | $ 800.00 | |
| 1,000 Flyers | $ 1,200.00 | |
| Mail List | $ 165.00 | |
| Website | $ 300.00 | |
| **Auction Expenses:** | | $ 178.50 |
| Mileage | $ 94.50 | |
| Catalogs | $ 24.00 | |
| Supplies | $ 60.00 | |
| **Labor** | | <u>$ 3,738.75</u> |
| Rob | $ 106.25 | |
| Dave | $ 633.75 | |
| Billy | $ 220.00 | |
| Andrea | $ 1,196.25 | |
| Sara | $ 302.50 | |
| Joanna | $ 30.00 | |
| Reeder Technical Services | $ 750.00 | |
| Jo-Com | $ 500.00 | |
| **Actual Expenses:** | | $ 6,961.99 |
| **Expenses charged as proposed:** | | $ 6,850.00 |

AUCTIONEERS • LIQUIDATORS • APPRAISERS



**R.J. MONTGOMERY & ASSOC., INC.**
165 W. LIBERTY STREET - PLYMOUTH, MI 48170
(734) 459-2323 - FAX: (734) 459-2524
www.rjmauctions.com

September 3, 2010            Invoice #: RJM 2227

To:    Ellmann & Ellmann
       308 W Huron
       Ann Arbor, MI 48103
       Attn: Doug Ellmann

Re:    Invoice for auction
       Partners Press
       Case # 10-58093-WSD

Mr. Miller,
     The following invoice is for services rendered. Thank you in advance for your prompt attention.

| | |
|---|---|
| Auction Expenses (charged as proposed): | $ 6,850.00 |
| Buyer's Premium: | $ 3,295.80 |
| Total Due: | $10,145.80 |

PAYABLE TO: R. J. MONTGOMERY & ASSOC., INC

Sincerely submitted,

Richard J. Montgomery, CAI, GPPA, CES
President
R. J. Montgomery & Assoc., Inc.

RJM/jlr

AUCTIONEERS • LIQUIDATORS • APPRAISERS

Items for seller: 1 - Download                                              08/30/2010 2:37 PM

| Item | Description | Price | Winner Bidder |
|---|---|---|---|
| 1 | DESCRIPTION: PACKAGING MATERIALS ON 2 SHELVING UNITS | 35.00 | 2258 |
| 2 | DESCRIPTION: 2 SHELVING UNITS<br>"THIS LOT IS BEING SOLD PER PIECE, YOU ARE BIDDING ON THE FOLLOWING QUANTITY": 2 | 36.02 | 2258 |
| 3 | DESCRIPTION: SCRAPERS IN 1 BOX | 5.00 | 1810 |
| 4 | DESCRIPTION: ALLEN WRENCHES IN 1 BOX | 3.22 | 1810 |
| 5 | DESCRIPTION: SCREWDRIVERS IN 2 BOXES | 12.00 | 1810 |
| 6 | DESCRIPTION: WRENCHES IN 1 BOX | 12.00 | 1810 |
| 7 | DESCRIPTION: HAMMERS IN 1 BOX | 6.00 | 1810 |
| 8 | DESCRIPTION: FILES IN 1 BOX | 5.00 | 1089 |
| 9 | DESCRIPTION: PLIERS IN 1 BOX | 20.00 | 2320 |
| 10 | DESCRIPTION: 3 SOCKET WRENCHES W/ SOCKETS | 8.00 | 1810 |
| 11 | DESCRIPTION: 2 PULLERS | 10.00 | 3286 |
| 12 | DESCRIPTION: LITHO-PERF 16 TOOTH PAPER | 1.00 | 2177 |
| 13 | DESCRIPTION: MISCELLANEOUS TOOLS | 5.06 | 3093 |
| 14 | DESCRIPTION: ADJUSTABLE PIPE WRENCH & PRY BAR | 4.00 | 1786 |
| 15 | DESCRIPTION: 2 TOOL BOXES W/ CONTENTS | 4.00 | 1786 |
| 16 | DESCRIPTION: GREASE GUNS & OIL CANS IN 1 BOX | 4.00 | 3488 |
| 17 | DESCRIPTION: WORK LIGHT | 4.00 | 4176 |
| 18 | DESCRIPTION: EXTENSION CORDS IN 2 BOXES | 9.25 | 1701 |
| 19 | DESCRIPTION: 3 WHEELED CASTERS IN 1 BOX | 5.00 | 2320 |
| 20 | DESCRIPTION: FOLDING TABLE<br>SIZE: 8' | 23.00 | 2884 |
| 21 | DESCRIPTION: 8 FOLDING CHAIRS | 4.00 | 2763 |
| 22 | DESCRIPTION: RUBBER MATS | 10.00 | 1743 |
| 23 | DESCRIPTION: WHITE BOARD | 6.25 | 1743 |
| 24 | DESCRIPTION: MISCELLANEOUS ON 2 SHELVING UNITS | 18.50 | 3055 |
| 25 | DESCRIPTION: 2 SHELVING UNITS | 1.00 | 1138 |
| 26 | DESCRIPTION: 2 SMALL PORTABLE CARTS | 1.00 | 1138 |
| 27 | DESCRIPTION: ALUMINUM LADDER<br>SIZE: 6' | 12.00 | 2884 |
| 28 | DESCRIPTION: ALUMINUM LADDER<br>SIZE: 6' | 12.00 | 2884 |
| 29 | DESCRIPTION: 2 PAPER ORGANIZERS<br>"THIS LOT IS BEING SOLD PER PIECE, YOU ARE BIDDING ON THE FOLLOWING QUANTITY": 2 | 91.80 | 3294 |
| 30 | DESCRIPTION: MULTIGRAPHICS #122 ADDRESSOGRAPH<br>SERIAL #: 7710 | 3.00 | 1786 |
| 31 | DESCRIPTION: 6 MISCELLANEOUS LITH-O-ROLLERS HS-248-02 | 80.00 | 2884 |
| 32 | DESCRIPTION: 2 WATER METERING ROLLERS HS-214-CL | 80.00 | 2884 |

| # | Description | Price | Code |
|---|---|---|---|
| 33 | **DESCRIPTION**: 2 INTERMEDIATE LITH-O-ROLLERS HS-213-CL | 80.00 | 2884 |
| 34 | **DESCRIPTION**: 2 BRIDGE LITH-O-ROLLERS HS-248-03 | 80.00 | 2884 |
| 35 | **DESCRIPTION**: 5 SMALL LITH-O-ROLLERS HS-248-03S | 80.00 | 2884 |
| 36 | **DESCRIPTION**: 4 JUMBO LITH-O-ROLLERS HS-248-03J | 80.00 | 2884 |
| 37 | **DESCRIPTION**: 2 INK DUCTOR LITH-O-ROLLERS HS-248-01 | 75.00 | 2884 |
| 38 | **DESCRIPTION**: 3) 4 WHEEL DOLLIES | 59.00 | 2258 |
| 39 | **DESCRIPTION**: 3) 4 WHEEL DOLLIES | 83.00 | 1770 |
| 40 | **DESCRIPTION**: 2) 4 WHEEL DOLLIES | 85.00 | 1770 |
| 41 | **DESCRIPTION**: 5) 4 WHEEL DOLLIES | 155.00 | 1770 |
| 42 | **DESCRIPTION**: FOLDING TABLE<br>**SIZE**: 6' | 25.07 | 1770 |
| 43 | **DESCRIPTION**: PAPER & MISCELLANEOUS ON 2 SHELVING UNITS | 56.00 | 1789 |
| 44 | **DESCRIPTION**: 2 SHELVING UNITS<br>*"THIS LOT IS BEING SOLD PER PIECE, YOU ARE BIDDING ON THE FOLLOWING QUANTITY"*: 2 | 28.02 | 2258 |
| 45 | **DESCRIPTION**: FILM ON 1 CART | 2.00 | 1810 |
| 46 | **DESCRIPTION**: PORTABLE CART | 1.00 | 1138 |
| 47 | **DESCRIPTION**: PAPER & ENVELOPES ON 2 SHELVING UNITS<br>**NUMBER OF PHOTOS**: 2 | 121.00 | 2258 |
| 48 | **DESCRIPTION**: 2 SHELVING UNITS<br>*"THIS LOT IS BEING SOLD PER PIECE, YOU ARE BIDDING ON THE FOLLOWING QUANTITY"*: 2 | 28.00 | 2258 |
| 49 | **DESCRIPTION**: COAT RACK | 2.00 | 1194 |
| 50 | **DESCRIPTION**: OASIS WATER COOLER | 32.32 | 1810 |
| 51 | **DESCRIPTION**: KENMORE MINI FRIDGE | 31.00 | 2884 |
| 52 | **DESCRIPTION**: SPEED STREAM MODEM | 1.00 | 2177 |
| 53 | **DESCRIPTION**: SAMSUNG MW640MA MICROWAVE | 5.03 | 3286 |
| 54 | **DESCRIPTION**: KENMORE MICROWAVE | 5.36 | 1701 |
| 55 | **DESCRIPTION**: MR. COFFEE COFFEEMAKER | 1.00 | 1467 |
| 56 | **DESCRIPTION**: RP22 PAPER CUTTER | 128.32 | 1810 |
| 57 | **DESCRIPTION**: 2 ELECTRIC STAPLERS | 10.00 | 2032 |
| 58 | **DESCRIPTION**: 2 OFFSET PUNCHES | 32.32 | 1810 |
| 59 | **DESCRIPTION**: TRIPPLITE BATTERY BACK UP | 26.00 | 1810 |
| 60 | **DESCRIPTION**: METAL BOOKSHELF | 1.00 | 2258 |
| 61 | **DESCRIPTION**: MULTIGRAPHICS #123 ADDRESSOGRAPH | 3.00 | 1786 |
| 62 | **DESCRIPTION**: GARBAGE CANS | 4.00 | 2320 |
| 63 | **DESCRIPTION**: 3 FANS | 6.00 | 1786 |
| 64 | **DESCRIPTION**: FOLDING TABLE<br>**SIZE**: 6' | 19.09 | 1770 |
| 65 | **DESCRIPTION**: OFFICE SUPPLIES ON 1 SHELVING UNIT | 31.00 | 3055 |
| 66 | **DESCRIPTION**: METAL SHELVING UNIT | 5.01 | 1089 |
| 67 | **DESCRIPTION**: 2 WOODEN DESKS<br>*"THIS LOT IS BEING SOLD PER PIECE, YOU ARE BIDDING ON THE FOLLOWING QUANTITY"*: 2 | 2.00 | 4177 |
| 68 | **DESCRIPTION**: RUBBERMAID CART | 100.00 | 1770 |

| # | Description | Price | Code |
|---|---|---|---|
| 69 | DESCRIPTION: HARDWARE KITS ON 1 CART (NO CART) | 16.00 | 2177 |
| 70 | DESCRIPTION: PORTABLE METAL CART | 20.00 | 1770 |
| 71 | DESCRIPTION: 5 PACKS OF WEBRIL HANDI-PADS | 12.50 | 1795 |
| 72 | DESCRIPTION: PORTABLE METAL CART | 19.00 | 1770 |
| 73 | DESCRIPTION: WOOD PRESS & CHAMPION PADDING PRESS | | |
| 74 | DESCRIPTION: METAL CABINET W/ MISCELLANEOUS PLATES | 3.00 | 1786 |
| 77 | DESCRIPTION: ENVELOPES & PAPER ON 6 SHELVING UNITS<br>NUMBER OF PHOTOS: 3 | 321.00 | 3294 |
| 78 | DESCRIPTION: 6 SHELVING UNITS<br>NUMBER OF PHOTOS: 3<br>"THIS LOT IS BEING SOLD PER PIECE, YOU ARE BIDDING ON THE FOLLOWING QUANTITY": 6 | 246.00 | 2258 |
| 79 | DESCRIPTION: RUBBER MATS FOR PRINTING PRESS | 14.00 | 2884 |
| 80 | DESCRIPTION: SINGLE SPINDLE PAPER DRILL | 14.00 | 2032 |
| 81 | DESCRIPTION: VEL-BIND 201 BINDER | 10.00 | 1789 |
| 82 | DESCRIPTION: SYNTRON JOGGER<br>MODEL: EB1-M<br>SERIAL #: J-80424-688 | 12.00 | 2884 |
| 83 | DESCRIPTION: SYNTRON JOGGER<br>MODEL: J-1A<br>SERIAL #: J-80154-88 | 12.00 | 2884 |
| 84 | DESCRIPTION: GBC 16-DB BINDING MACHINE<br>SERIAL #: 1110227 | 20.00 | 4176 |
| 85 | DESCRIPTION: AKILES COILMAC 41EC1 BINDER | 625.00 | 2258 |
| 86 | DESCRIPTION: GBC ELECTRIC PUNCH | 45.00 | 1789 |
| 87 | DESCRIPTION: FOLDING TABLE<br>SIZE: 8' | 17.09 | 1770 |
| 88 | DESCRIPTION: BOSTON BOSTITCH #2 STITCHER<br>SERIAL #: 27889 | 160.00 | 1810 |
| 89 | DESCRIPTION: STOESSER SRS PLATE PUNCH<br>SERIAL #: 21921 | 15.00 | 2032 |
| 90 | DESCRIPTION: MOTORIZED TABLE | 7.00 | 3488 |
| 91 | DESCRIPTION: CRYSTAL VISION SERIES 3000S SHRINK WRAP SYSTEM | 40.00 | 2258 |
| 92 | DESCRIPTION: 3 DRAWER FILING CABINET (NO CONTENTS) | 1.00 | 1138 |
| 93 | DESCRIPTION: 4 WHEEL DOLLIE | 12.00 | 2258 |
| 94 | DESCRIPTION: BINDING SUPPLIES ON 3 SHELVES | 550.00 | 1789 |
| 94A | DESCRIPTION: PORTFOLIO | 1.00 | 1701 |
| 94B | DESCRIPTION: 2 IKON CPP500 BLACK TONERS<br>"THIS LOT IS BEING SOLD PER PIECE, YOU ARE BIDDING ON THE FOLLOWING QUANTITY": 2 | 14.18 | 3970 |
| 94C | DESCRIPTION: 3 IKON CPP500 YELLOW TONERS<br>"THIS LOT IS BEING SOLD PER PIECE, YOU ARE BIDDING ON THE FOLLOWING QUANTITY": 3 | 24.27 | 3970 |
| 94D | DESCRIPTION: 7 IKON CPP500 MAGENTA TONERS<br>"THIS LOT IS BEING SOLD PER PIECE, YOU ARE BIDDING ON THE FOLLOWING QUANTITY": 7 | 77.63 | 3970 |
| 94E | DESCRIPTION: 3 IKON CPP500 CYAN TONERS<br>"THIS LOT IS BEING SOLD PER PIECE, YOU ARE BIDDING ON THE FOLLOWING QUANTITY": 3 | 24.27 | 3970 |

| # | Description | Price | Code |
|---|---|---|---|
| 95 | **DESCRIPTION**: 2 SHELVING UNITS<br>"THIS LOT IS BEING SOLD PER PIECE, YOU ARE BIDDING ON THE FOLLOWING QUANTITY": 2 | 222.00 | 2258 |
| 96 | **DESCRIPTION**: MISCELLANEOUS PAPER ON 1 SHELVING UNIT | 20.22 | 3294 |
| 97 | **DESCRIPTION**: BAUMFOLDER PILE FEED FOLDER<br>**SERIAL #**: 22022N<br>**SIZE**: 17 X 22 | 150.00 | 4176 |
| 98 | **DESCRIPTION**: DUPLO SC-8000S COLLATOR W/ VACUUM, DUPLO LIFTING UNIT LU-HM S/N 80300532 & DUPLO DBM-100 STITCHFOLD S/N 80201098<br>**SERIAL #**: 7120378<br>**NUMBER OF PHOTOS**: 2 | 2500.00 | 1193 |
| 99 | **DESCRIPTION**: DUPLO DC-12ST BRIDGE UNIT<br>**SERIAL #**: 20801061 | 55.00 | 1806 |
| 100 | **DESCRIPTION**: 2 DUPLO DC-1200H FRICTION COLLATOR TOWERS<br>**SERIAL #**: 20801947 & 20901904 | 420.00 | 2884 |
| 101 | **DESCRIPTION**: ADI EXECUFOLD FOLDER | 96.00 | 2258 |
| 102 | **DESCRIPTION**: X-RITE 361T FILM DENISOMETER | 23.09 | 1806 |
| 103 | **DESCRIPTION**: OHAUS TRIPLE BEAM BALANCE | 6.00 | 2884 |
| 104 | **DESCRIPTION**: GUTERNIC AB BLOCKMATIC 10 COLLATOR | 10.09 | 3970 |
| 105 | **DESCRIPTION**: IBICO EPK-21 BINDER | 31.00 | 2311 |
| 106 | **DESCRIPTION**: NSC DUO BINDER | 20.00 | 1806 |
| 107 | **DESCRIPTION**: NSC DUO BINDER | 35.00 | 1795 |
| 108 | **DESCRIPTION**: RAPID 100 ELECTRONIC STAPLER | 12.00 | 2884 |
| 109 | **DESCRIPTION**: OMC 1/10 HP VACUUM PUMP | 22.00 | 1810 |
| 110 | **DESCRIPTION**: STANDARD PRO-FOLD W/ VACUUM FEED<br>**MODEL**: 1420VF5<br>**SERIAL #**: 300025 | 350.00 | 2884 |
| 111 | **DESCRIPTION**: FOLDING TABLE<br>**SIZE**: 8' | 20.00 | 2884 |
| 112 | **DESCRIPTION**: O&M PRO-FOLD FOLDER | 95.00 | 2884 |
| 113 | **DESCRIPTION**: ROLLER CONVEYOR | 45.00 | 4176 |
| 114 | **DESCRIPTION**: OTHA TYPE KRS5-SS DRY PUMP W/ CART | 66.00 | 2884 |
| 115 | **DESCRIPTION**: BAUMFOLDER 714 ULTRAFOLD AIR FEED W/ LINEAR PUMP | 650.00 | 2884 |
| 116 | **DESCRIPTION**: FOLDING TABLE<br>**SIZE**: 8' | 18.00 | 2884 |
| 117 | **DESCRIPTION**: DUMPLO DC-24F FOLDER W/ DUPLO DC-24S STITCHER S/N 10803569<br>**SIZE**: 105942<br>**NUMBER OF PHOTOS**: 2 | 410.00 | 2884 |
| 118 | **DESCRIPTION**: MBM-NAGEL FOLDNAK-1 BOOKLET MAKER<br>**SIZE**: 84652 | 430.00 | 2884 |
| 119 | **DESCRIPTION**: NUARC LIGHT TABLE<br>**SIZE**: 30" X 40" | 46.00 | 2258 |
| 120 | **DESCRIPTION**: CARLSON PUNCH<br>**MODEL**: CP-7-7<br>**SERIAL #**: 9863<br>**SIZE**: 46" X 30" | 16.00 | 1810 |
| 121 | **DESCRIPTION**: BROWN ULTRA-LITE 1500 PLATE MAKER<br>**SERIAL #**: 114<br>**SIZE**: 44" X 34" BED | 20.69 | 3590 |

| # | Description | Value | Code |
|---|---|---|---|
| 122 | DESCRIPTION: GLUNTZ-JENSON LINOTYPE HELL LP400 FILM PROCESSOR<br>SERIAL #: 9076-03 | 131.00 | 2884 |
| 123 | DESCRIPTION: CHALLENGE MB305 PAPER CUTTER W/ MANUAL BACK GAUGE<br>SERIAL #: 2001<br>NUMBER OF PHOTOS: 2 | 1132.32 | 4177 |
| 124 | DESCRIPTION: CANON 700S COLOR LASER COPY MACHINE | 160.00 | 2258 |
| 125 | DESCRIPTION: 1996 KONICA K-400 FILM PROCESSOR<br>SERIAL #: 9499-293 | 125.00 | 2884 |
| 126 | DESCRIPTION: PORTABLE CART | 6.00 | 2884 |
| 127 | DESCRIPTION: RYOBI 2 COLOR PRESS W/ MOLLETONS<br>MODEL: 3302M<br>SERIAL #: 2512<br>NUMBER OF PHOTOS: 2 | 3275.00 | 2884 |
| 128 | DESCRIPTION: AB DICK 9840 OFFSET PRESS W/ T-51 HEAD<br>NUMBER OF PHOTOS: 2 | 525.00 | 4147 |
| 129 | DESCRIPTION: TOKO OFFSET PRESS W/ T-HEAD<br>MODEL: 4750CD<br>SERIAL #: 95700<br>NUMBER OF PHOTOS: 2 | 762.32 | 1810 |
| 130 | DESCRIPTION: TOKO OFFSET PRESS W/ T-HEAD<br>MODEL: 4750CD<br>SERIAL #: 99102<br>NUMBER OF PHOTOS: 2 | 762.32 | 1810 |
| 131 | DESCRIPTION: HAMADA 2 COLOR PRESS<br>MODEL: C248CX<br>SERIAL #: CT-56028<br>NUMBER OF PHOTOS: 3 | 3252.32 | 2884 |
| 132 | DESCRIPTION: PHOENIX STREAM ENVELOPE FEEDER<br>SERIAL #: 885/890 | 318.32 | 4171 |
| 133 | DESCRIPTION: MOTORIZED CONVEYOR<br>SIZE: 10" X 30" | 26.32 | 2884 |
| 134 | DESCRIPTION: MOTORIZED CONVEYOR<br>SIZE: 11" X 35" | 87.32 | 2884 |
| 135 | DESCRIPTION: AB DICK ENVELOPE FEEDER<br>MODEL: 1200 | 496.32 | 2884 |
| 136 | DESCRIPTION: MACINTOSH G4 COMPUTER W/ MONITOR, KEYBOARD & MOUSE | 110.00 | 2884 |
| 137 | DESCRIPTION: DESK | 1.00 | 1138 |
| 138 | DESCRIPTION: SWIVEL CHAIR | 6.00 | 1467 |
| 139 | DESCRIPTION: DART BOARD | 2.00 | 1486 |
| 140 | DESCRIPTION: MEILINK SINGLE DOOR SAFE | 65.00 | 4173 |
| 141 | DESCRIPTION: HON 4 DRAWER FILING CABINET | 5.00 | 1089 |
| 142 | DESCRIPTION: LINOTRONIC 330 IMAGE SETTER & MAC 9600 RIP W/ HARLEQUIN | 1451.79 | 4184 |
| 143 | DESCRIPTION: RICOH AP3850C COLOR PRINTER<br>SERIAL #: P8930600014 | 210.00 | 2258 |
| 144 | DESCRIPTION: KONICA FAX MACHINE | 4.00 | 1786 |
| ~~145~~ | ~~DESCRIPTION: POWER MACINTOSH 9600/200 COMPUTER W/ MONITOR, KEYBOARD & MOUSE~~<br>NUMBER OF PHOTOS: 2 | ~~5.00~~ | ~~1806~~ |
| 146 | DESCRIPTION: VERIFONE TRANZ330 CREDIT CARD TERMINAL | 6.09 | 1795 |
| 147 | DESCRIPTION: CITIZENS CARD RECEIPT PRINTER | 6.09 | 1795 |

| # | Description | Price | Code |
|---|---|---|---|
| 148 | **DESCRIPTION:** HP LASERJET 5100DTN PRINTER | 125.00 | 2884 |
| 149 | **DESCRIPTION:** X-RITE SPECTRODENSITO METER | 50.00 | 2884 |
| 150 | **DESCRIPTION:** ACCEL-A-WRITER 812 PRINTER | 4.00 | 2165 |
| 151 | **DESCRIPTION:** MACINTOSH G4 COMPUTER W/ FLAT SCREEN MONITOR, KEYBOARD & MOUSE | 110.00 | 2884 |
| 152 | **DESCRIPTION:** KEYBOARD DRAWER | 1.00 | 1786 |
| 153 | **DESCRIPTION:** APC BATTERY BACK-UP | 19.00 | 4171 |
| 154 | **DESCRIPTION:** CONEXT BATTERY BACK-UP | 18.00 | 4171 |
| 155 | **DESCRIPTION:** L-SHAPED DESK | 6.00 | 1047 |
| 156 | **DESCRIPTION:** ERGONOMIC CRT VALET | 3.00 | 1486 |
| 157 | **DESCRIPTION:** FIRE WIRE USB 20 PHR-100C | 1.10 | 1694 |
| 158 | **DESCRIPTION:** POWER MACINTOSH G3 COMPUTER W/ MONITOR, KEYBOARD, MOUSE & PRINTER | 9.00 | 2165 |
| 158A | **DESCRIPTION:** UMAX VISTA S8 SCANNER | 1.00 | 1786 |
| 159 | **DESCRIPTION:** 2 DESKS W/ WALL UNIT<br>**NUMBER OF PHOTOS:** 2 | 1.00 | 1546 |
| 160 | **DESCRIPTION:** MISCELLANEOUS PRINTER MAINTAINANCE KITS | 190.00 | 2258 |
| 161 | **DESCRIPTION:** SUNBEAM CLOCK W/ THERMOMETER, BAROMETER & HUMIDITY GAGE | 6.00 | 1694 |
| 162 | **DESCRIPTION:** 2 MISCELLANEOUS MONITORS & MISCELLANEOUS KEYBOARDS & MICE | 1.00 | 1786 |
| 163 | **DESCRIPTION:** 4) 4 DRAWER LEGAL FILING CABINETS<br>"THIS LOT IS BEING SOLD PER PIECE, YOU ARE BIDDING ON THE FOLLOWING QUANTITY": 4 | 16.00 | 3590 |
| 164 | **DESCRIPTION:** 4 DRAWER FILING CABINET | 2.00 | 3590 |
| 165 | **DESCRIPTION:** SMITH & CORONOA TYPEWRITER | 4.00 | 3093 |
| 166 | **DESCRIPTION:** COPY PAPER ON 3 SHELVING UNITS | 135.00 | 3294 |
| 167 | **DESCRIPTION:** 4 METAL SHELVING UNITS<br>**NUMBER OF PHOTOS:** 3<br>"THIS LOT IS BEING SOLD PER PIECE, YOU ARE BIDDING ON THE FOLLOWING QUANTITY": 4 | 36.00 | 3294 |
| 168 | **DESCRIPTION:** RICOH AFICIO 250 COPY MACHINE | 155.00 | 1437 |
| 169 | **DESCRIPTION:** 2 SWIVEL CHAIRS<br>"THIS LOT IS BEING SOLD PER PIECE, YOU ARE BIDDING ON THE FOLLOWING QUANTITY": 2 | 2.00 | 1786 |
| 170 | **DESCRIPTION:** EUREKA MIGHTY MITE VACUUM | 12.00 | 1810 |
| 171 | **DESCRIPTION:** HOOVER RUNABOUT DELUXE VACUUM W/ ALLERGEN FILTRATION | 9.00 | 1743 |
| 172 | **DESCRIPTION:** 2 WHEEL DOLLIE | 26.00 | 3090 |
| 173 | **DESCRIPTION:** 2 WHEEL DOLLIE | 25.00 | 4173 |
| 174 | **DESCRIPTION:** 2 STOOLS | 7.00 | 3497 |
| 175 | **DESCRIPTION:** "PRINTING & COPYING" NEON SIGN<br>**NUMBER OF PHOTOS:** 3 | 10.00 | 1789 |
| 176 | **DESCRIPTION:** AVAYA PARTNER PHONE SYSTEM W/ 6 PHONES<br>**NUMBER OF PHOTOS:** 2 | 110.00 | 1770 |
| 177 | **DESCRIPTION:** 2 COUNTERS W/ GLASS TOPS<br>**SIZE:** 73" X 24" X 43"<br>**NUMBER OF PHOTOS:** 2 | 34.00 | 2258 |

**"THIS LOT IS BEING SOLD PER PIECE, YOU ARE BIDDING ON THE FOLLOWING QUANTITY": 2**

178   **DESCRIPTION:** 3 SAFETY GATES     12.00    3497

182

~~Total: 24,208.30~~

Printing Supplies + 40

24,243.30